appellant. *Mr. Robert S. Johnstone* and *Mr. Edmund K. Trent* for appellee.

---

No. 650. CLARENCE F. BIRDSEYE, APPELLANT, *v.* ARTHUR WOODS, POLICE COMMISSIONER OF THE CITY OF NEW YORK; and

No. 651. KELLOGG BIRDSEYE, APPELLANT, *v.* ARTHUR WOODS, POLICE COMMISSIONER OF THE CITY OF NEW YORK. Appeals from the District Court of the United States for the Southern District of New York. Argued April 19, 1918. Decided April 22, 1918. *Per Curiam.* Judgments affirmed with costs upon the authority of *Munsey* v. *Clough*, 196 U. S. 364, 373; *Pierce* v. *Creecy*, 210 U. S. 387, 401, 402, 404, 405; *Drew* v. *Thaw*, 235 U. S. 432, 439–440. *Mr. Charles L. Craig* for appellants. *Mr. Robert S. Johnstone* and *Mr. Edmund K. Trent* for appellee.

---

No. 259. D. E. FOOTE & COMPANY, INC., ET AL., PLAINTIFFS IN ERROR, *v.* EMERSON C. HARRINGTON, GOVERNOR OF THE STATE OF MARYLAND, ET AL. In error to the Court of Appeals of the State of Maryland. Argued April 23, 24, 1918. Decided April 29, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Eustis* v. *Bolles*, 150 U. S. 361; *Leathe* v. *Thomas*, 207 U. S. 93; *Holden Land Co.* v. *Inter-State Trading Co.*, 233 U. S. 536, 541; *Bilby* v. *Stewart, ante*, 255. *Mr. George Whitelock* for plaintiffs in error. *Mr. Ogle Marbury* and *Mr. Albert C. Ritchie* for defendants in error.